IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.                                  CRIMINAL NO. 2:21-00019

BRIAN JACOB TAYLOR

### MEMORANDUM OPINION AND ORDER

By letter motion dated September 18, 2025, defendant requested early release from his term of supervised release. See ECF No. 57.  The court has considered defendant's background, his performance while on supervised release, and the recommendation of the United States Probation Office.  The court has also considered the multiple Noncompliance Summaries submitted by the Probation Office on defendant.  Having done so, the court does not believe that defendant is an appropriate candidate for early termination of supervised release and **DENIES** defendant's request.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to defendant at the address indicated on ECF No. 57, counsel of record, and the Probation Office of this court.

**IT IS SO ORDERED** this 4th day of November, 2025.

ENTER:

David A. Faber
Senior United States District Judge